IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00373–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JONATHAN EMMONS,

      Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **November 19, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is October 19, 2007.  All responses shall be filed by October 26, 2007.  A hearing on the motions, if necessary, is set for **November 2, 2007**, at 2:00 o'clock p.m.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 9:00 o'clock a.m. on Friday, **November 9, 2007**.  The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>November 7, 2007</u>.

Dated: September 17, 2007