IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter<br>Doug Randolph, Probation Officer | Date: February 1, 2008 |

Criminal Action No. 07–cr–00373–EWN

<u>*Parties:*</u>                                                                          <u>*Counsel:*</u>

UNITED STATES OF AMERICA,                               David Conner

     Plaintiff,

v.

1. JONATHAN EMMONS,                                          Michael Meyrick

     Defendant.

## SENTENCING MINUTES

**10:55 a.m.**     Court in session.

**Defendant pled guilty on November 9, 2007, to Count 1 of the Indictment.**

Mitigation statement by Mr. Meyrick.

Statement by Defendant.

Court's findings.

**ORDERED: 1.**     No fine is imposed.

**ORDERED: 2.**     The Government's Motion for Downward Sentence Adjustment Pursuant to §5K.1.1 (#22, filed January 29, 2008) is GRANTED.

**ORDERED: 3.**     **Defendant is imprisoned for a term of time served.**

**ORDERED: 4.**     **Defendant shall be placed on supervised release for a period of three years.**

**ORDERED: 5.**     **Within seventy-two hours, defendant will report in person to the probation office in this district.**

**ORDERED: 6.**     **Conditions of supervised release are:**

      **a.**    **Defendant is to observe all of the standard conditions of supervised release.**

      **b.**    **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

      **c.**    **Defendant is not to illegally possess or use controlled substances.**

      **d.**    **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

      **e.**    **Defendant is not to commit a federal, state, or local crime.**

      **f.**    **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

      **g.**    **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

      **h.**    **Defendant shall participate in a program for testing and treatment of alcohol abuse, as directed by the probation**

        officer, until he is released from the program by the probation officer.  He shall pay all costs associated with this program.

    i.    **Defendant shall participate in a program for mental health treatment, as directed by the probation officer, until he is released from that program by the probation officer.  He shall pay all costs of such treatment.  The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the pre-sentence report, for continuity of treatment.**

    j.    **Defendant shall remain medication compliant, taking all medications prescribed by his treating psychiatrist.  He is to cooperate with random blood tests as requested by his treating psychiatrist, and/or the supervising probation officer, to ensure a therapeutic level of his prescribed medications.**

**ORDERED: 7.**    **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 8.**    **Plea agreement is accepted.**

Defendant is advised of his right to appeal.

**11:06 a.m.**    Court in recess.

Hearing concluded.

Total time in court:    00:11